

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00331-CR

John Darrick **RITTENBERRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B20109
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 22, 2023.

Beth Watkins, Justice